**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**MARCUS IVY**                                                                                       **PLAINTIFF**

**vs.**                                                              **Civil Action No. 4:07-cv-48 HTW-LRA**

**WARDEN DALE CASKEY, et al.**                                                     **DEFENDANTS**

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the complaint be dismissed as legally frivolous.

**SO ORDERED, THIS THE 29th day of May, 2008.**

                                                **s/ HENRY T. WINGATE
                                              CHIEF UNITED STATES DISTRICT JUDGE**